**John P. PILLIARD, et al., Appellants,**

v.

**Herschel HIGGINS, et ux., et al., Respondents.**

No. 48105.

Missouri Court of Appeals, Eastern District, Northern Division.

May 14, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1985.

Lee Reneau Elliott, Troy, for appellants.

Edward Rex Bradley, Louisiana, for respondents.

## ORDER

PER CURIAM.

Plaintiffs appeal from an adverse judgment in a court-tried case on their claim for rescission of a contract for the sale of real estate and damages, and on their claim for slander of title. Plaintiffs also appeal from a judgment in favor of defendants on defendants' counterclaim for specific performance.

The judgment of the trial court is affirmed. Rule 84.16(b).